UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HARRISON HAROLD JONES,

    Plaintiff,

v.                                          CASE NO. 5:17-cv-183-MCR-GRJ

JEREMY MATHIS, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 2, 2018. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Complaint, ECF No. 1, is dismissed pursuant to Fed. R. Civ. P. 12(b)(6) as barred by the statute of limitations.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of December 2018.

                     s/ *M. Casey Rodgers*
                   **M. CASEY RODGERS**
                   **UNITED STATES DISTRICT JUDGE**